# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1383**
**CAF 10-02195**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF AVA R.
----------------------------------------
CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL                        ORDER
SERVICES, PETITIONER-RESPONDENT;

ANGEL R., RESPONDENT-APPELLANT.

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

JANE E. LOVE, MAYVILLE, FOR PETITIONER-RESPONDENT.

NANCY A. DIETZEN, ATTORNEY FOR THE CHILD, FREDONIA, FOR AVA R.

---

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 1, 2010 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred custody and guardianship of the subject child to petitioner.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.

Entered:  December 23, 2011                    Frances E. Cafarell
                                               Clerk of the Court